# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0572.  IN THE INTEREST OF: T. D, S. P. R., R. E. R., R. S. R., children.**

We granted the mother's application for discretionary review from an order terminating her parental rights to her four children in order to more thoroughly review the record and transcript of the proceedings below.  After thorough and plenary consideration, we have determined that the order of termination was supported by clear and convincing evidence and must, therefore, be affirmed.  Therefore, the application for discretionary appeal was improvidently granted, and the order granting the application is hereby vacated and this appeal is accordingly dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*